**UNITED STATES DISTRICT COURT**
                     **EASTERN DISTRICT OF KENTUCKY**
                     **CENTRAL DIVISION AT LEXINGTON**


**CIVIL ACTION NO. 2012-207 - WOB**

**MOCHE' ISMA EL**
**a/k/a Kenneth Mobley**                                **PETITIONER**

**VS.**                         <u>**ORDER**</u>


**COMMONWEALTH OF KENTUCKY**                            **RESPONDENT**


This matter is before the Court on the Report and Recommendation (Doc. 7) of the Magistrate Judge, and petitioner having filed no objections thereto[1], and the Court being sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that the petition for writ of habeas corpus be, and it hereby is, **denied**; that this matter be **dismissed**, with prejudice, and **stricken** from the docket of this court.  A separate Judgment shall enter concurrently herewith.

---

[1] Although the Court's mail to petitioner containing the Report and Recommendation has been returned as undeliverable, the basis for the recommended dismissal was previously communicated to petitioner by a show cause order (Doc. 3) which was not returned as undeliverable.  As noted by the Magistrate Judge, subsequent communications from petitioner indicate his receipt of that Order.  (Doc. 7).  Petitioner did not respond to the procedural defects in the show cause order, but instead moved for return of his original documents.  (Doc. 4).  Thus, the Court finds that petitioner was already on notice of the defects in his petition, as well as the Court's warning that failure to address them would result in dismissal.

**IT IS FURTHER ORDERED** that, in light of the reasons stated in the Report and Recommendation of the Magistrate Judge, there would be no arguable merit for an appeal in this matter and, therefore, an appeal would not be taken in "good faith" within the meaning of Section 1915(a), and no Certificate of Appealability shall issue herein and petitioner should therefore not be permitted to proceed *in forma pauperis*.

This 19th day of July, 2013.



Signed By:
*William O. Bertelsman* WOB
United States District Judge